# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN A. REMENTER, | : | |
| Petitioner | : | |
| | : | No. 1:19-cv-137 |
| v. | : | |
| | : | (Judge Kane) |
| ROBERT MARSH, et al., | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 17th day of May 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner Stephen A. Rementer's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DISMISSED** as time-barred by the statute of limitations. See 28 U.S.C. § 2244(d);

2. A certificate of appealability **SHALL NOT ISSUE** in the above-captioned case. See 28 U.S.C. § 2253(c)(2); and

3. The Clerk of Court is directed to **CLOSE** this case.

> s/ Yvette Kane
> Yvette Kane, District Judge
> United States District Court
> Middle District of Pennsylvania